**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6987**

SPENCER EASTING,

                Petitioner - Appellant,

      v.

MAWSA KHAWI,

                Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:18-hc-02038-D)

Submitted:  December 20, 2018                Decided:  December 27, 2018

Before DIAZ and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Spencer Easting, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Spencer Easting, a federal prisoner, appeals the district court's order dismissing his 28 U.S.C. § 2241 (2012) petition for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Easting v. Khawi*, No. 5:18-hc-02038-D (E.D.N.C. July 30, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*